# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JEROME JARRETT
           Plaintiff(s)

v.

CIVIL ACTION NO. 97-12722-JLT

PETER McCLELLAND and ROBERT CHAPMAN
           Defendant(s)

**JUDGMENT IN A CIVIL CASE** DOCKETED

TAURO, D.J.

**X**      **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐      **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED: JUDGEMENT** FOR THE PLAINTIFF: JEROME JARRETT

In the amount of $1.00    for Phase I (defendant McClelland) -

and in the amount of $50,000    for Phase II (defendant Chapman).

TONY ANASTAS, CLERK

Dated: July 20, 2000

_____
( By ) Deputy Clerk

NOTE: The post judgment interest rate effective this date is 5.67 %.