# United States Court of Appeals
## For the First Circuit

No. 00-2498

JEROME JARRETT,
Plaintiff-Appellee,

v.

TOWN OF YARMOUTH, GERARD BRITT,
CHERYL NUGENT GOMSEY, RICHARD WHITE,
Defendants,

PETER MCCLELLAND, ROBERT CHAPMAN,
Defendants-Appellants.

**JUDGMENT**

Entered: May 6, 2003

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The verdicts against Officer Peter McClelland, Chief Robert Chapman and the Town of Yarmouth are vacated. The judgment of the district court is reversed, and the case is remanded for entry of judgment in favor of defendants Peter McClelland, Robert Chapman and Town of Yarmouth.

[Costs in favor of appellants are taxed at nothing ($0.00)]

Certified and issued as mandate under Fed. R. App. P. 41.

JUN 19 2003

Clerk

Deputy Clerk

By The Court:

Richard Cushing Donovan, Clerk

[Certified copies: Hon. Joseph L. Tauro and Mr. Tony Anastas, Clerk, United States District Court for Massachusetts. Copies: Mr. Kesten and Mr. Cook.]